(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

**15-CV-24357-MARTINEZ/GOODMAN**

FILED by _____ D.C.
NOV 24 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Deborah Diane Fletcher
_____
Plaintiff(s)

v.

Attorney General (Education)
325 West Gaines Street
Tallahassee, Florida 32399-0400
_____
Defendant(s)

## COMPLAINT
(TITLE OF DOCUMENT)

I, Deborah Diane Fletcher, plaintiff or defendant, in the above styled cause, On September 30, 2013 Judge A. Jackson United States District Court For The District of Columbia, sign a Judgement stated, the defendant will drop all of the default on the Plaintiff school record, and the defendant was the United States Dept. of Education, they refuse to honor that sign Judgment. Plus it was an amount warrant the plaintiff of $12,000,000.00. This complaint is again in court against the same defendant, hoping this case could come to some kind of decided. The default that is on the plaintiff record is someone eles, and that plaintiff do not know how it got on her record. But it is keeping the plaintiff from enter college as a full student

since to the fall term of 2006, and the plaintiff had charge the defendant prejudice per year they kept her out of school. The plaintiff heard that since the defendant did not ~~too~~ honor the first judgment the amount concerning that case is now 2 times that first judgment.

Relief the plaintiff ask this court is to order the defendant drop the default on the plaintiff school record and pay the plaintiff the amount of that judgment as 2 times in the amount $30,000,000.00 ~~$~~ for keeping the plaintiff out of school for 10 years.

(Rev. 10/2002) General Document

_____

**Certificate of Service**

I, _Deborah Diane Fletcher_, certify that on this date _11/30/2015_ a true copy of the foregoing document was mailed to: _Attorney General (Education)_
name(s) and address(es)
_325 West Gaines Street, Tallahassee, Florida 32399-0400_

By:
_Deborah Diane Fletcher_          _Deborah Diane Fletcher_
Printed or typed name of Filer          Signature of Filer

                                          _Fletdd1@mail.broward.edu_
Florida Bar Number                        E-mail address

_No-Phone_
Phone Number                              Facsimile Number

_PO Box 612134_
Street Address
_Miami, Florida 33261_
City, State, Zip Code